IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>vs.<br>Darling Montalvo,<br>     Defendant. | NO. 1:10-cr-00249 AWI |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   ( ) Ad Prosequendum     **(X) Ad Testificandum**

Name of Detainee:     Eric Hernandez
Detained at (custodian):     FCI Lompoc

Detainee is:   a)   ( ) Charged in this district by:
            ( ) Indictment     ( ) Information     ( ) Complaint
            Charging Detainee With: _____

   or   b)   **(X) a witness not otherwise available by ordinary process of the Court**

Detainee will:   a)   (X) return to the custody of detaining facility upon termination of proceedings
   or   b)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

**Appearance is necessary November 4, 2014, at 8:30 a.m., at the U.S. District Court in Fresno, California, to testify in the above-referenced matter.**

Signature: /s/ Eric V. Kersten
Printed Name & Phone No.: ERIC V. KERSTEN, 2300 Tulare St., Suite 330, Fresno, CA 93721
Phone: (559) 487-5561
Attorney of Record for: Darling Montalvo

## WRIT OF HABEAS CORPUS

( ) Ad Prosequendum          (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

9/26/2014                                             /s/ Barbara A. McAuliffe
Date                                                   United States District/Magistrate Judge

Please provide the following, if known:
   AKA(s) (if applicable)   Eric Hernandez          (X) Male   ( ) Female
   Booking or CDC #:     65066               DOB: _____
   Facility Address: FCI Lompoc            Race:  White
              3600 Guard Road             FBI #: _____
              Lompoc, CA 93436
   Facility Phone: (805) 736-4154
   Currently Incarcerated For _____

**RETURN OF SERVICE**

Executed on _____ by _____

_____
Signature