HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Darling Arlette Montalvo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* vs. DARLING ARLETTE MONTALVO, *Defendant.* | No. 1:10-cr-00249-AWI-BAM-5 **STIPULATION AND ORDER TO CONTINUE SENTENCING** Date:  April 7, 2015 Time:  10:00 a.m. Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIRK E. SHERRIFF and HENRY Z. CARBAJAL, Assistant United States Attorneys, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Darling Arlette Montalvo, that the date for sentencing may be continued to **April 7, 2015, at 10:00 a.m.**, or the soonest date thereafter convenient to the court. Sentencing is currently scheduled for March 2, 2015.

The parties have engaged in preliminary discussions regarding certain potential joint sentencing recommendations.  While no agreements have been reached, the defense is requesting additional time to attempt to negotiate such a resolution and the government does not object to the continuance of the sentencing hearing to April 7, 2015.  The parties do not anticipate any further continuance of the sentencing hearing.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: February 23, 2015        By:    */s/ Kirk E. Sherriff*
                                                  */s/ Henry Z. Carbajal*
                                                  KIRK E. SHERRIFF
                                                  HENRY Z. CARBAJAL
                                                  Assistant U. S. Attorneys
                                                  Counsel for Plaintiff

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: February 23, 2015        By:    */s/ Eric V. Kersten*
                                                  ERIC V. KERSTEN
                                                  Assistant Federal Defender
                                                  Counsel for Defendant
                                                  Darling Arlette Montalvo

O R D E R

IT IS SO ORDERED.

Dated:  February 23, 2015                             _____
                                                  SENIOR  DISTRICT  JUDGE