# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**DARLING ARLETTE MONTALVO,**<br><br>　　　　　　　　Defendant. | <br><br><br><br>CR NO: 1:10-cr-0249 AWI BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee: Darling Arlette Montalvo
Detained at: Snohomish Co. Jail, 3025 Oaks Av., Everett, WA 98201

Detainee is:　a.)　☒ charged in this district by:　☒ Indictment　☐ Information　☐ Complaint
　　　　　　　　　　　charging detainee with:　18 U.S.C. §§ 1349, 1341, 1957
　　or　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☒ return to the custody of detaining facility upon termination of proceedings
　　or　b.)　☐ be retained in federal custody until final disposition of federal charges, as a sentence
　　　　　　　　is currently being served at the detaining facility

*Appearance is necessary on SEPTEMBER 8, 2015, at 10:00 a.m.(Ct. 2) (AWI) in the Eastern District of California.*
*(Restitution Hearing)*

| | |
|---|---|
| Signature: | /s/ Kirk E. Sherriff |
| Printed Name & Phone No: | Kirk E. Sherriff, (559) 497-4022 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, for appearance at **a Restitution Hearing in the Eastern District of California on September 8, 2015, at 10:00 a.m. in Courtroom Two**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:　August 3, 2015

　　　　　　　　　　　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　Hon. Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Darling Arlette Sanchez | ☐ Male　☒ Female | |
| Booking or CDC #: | 2015008542   (CIN 860523) | DOB: | 12/23/1980 |
| Facility Address: | 3025 Oaks Ave., Everett, WA 98201 | Race: | White |
| Facility Phone: | (425) 388-3395 | FBI#: | 314802KD1 |
| Currently | case #151013437 (Snohomish Co. Sup. Ct.) | USM#: | 65445-097 |

## RETURN OF SERVICE

Executed on: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　(signature)