BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARLING ARLETTE MONTALVO,<br><br>Defendant. | CASE NO. 1:10-cr-00249-AWI-BAM-5<br><br>STIPULATION AND ORDER RE: RESTITUTION<br><br>DATE:  September 8, 2015<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. The defendant was sentenced by the Court on March 2, 2015, following conviction after a jury trial of one count of conspiracy to commit mail, wire and bank fraud (18 U.S.C. § 1349), ten counts of mail fraud (18 U.S.C. § 1341), and one count of money laundering and aiding and abetting (18 U.S.C. §§ 1341 and 2).

2. Pursuant to 18 U.S.C. § 3664(d)(5), the Court set a hearing on restitution to determine victim's losses for June 22, 2015 at 10:00 a.m. That hearing has been continued to September 21, 2015.

3. The parties have reached this agreement and stipulation as to the restitution amount owed by the defendant, as set forth below. The parties therefore jointly request that the agreed restitution be incorporated into the judgment following sentencing.

4. The parties agree and stipulate, and request that the Court find the following:

a. The total amount of restitution owed by defendant Montalvo is set forth in Attachment A to this stipulation. Attachment A describes the total amount of restitution and the apportionment of restitution among defendant Montalvo's victims in this case.

b. The parties' stipulation and the agreed amounts in Attachment A satisfy the requirements of 18 U.S.C. § 3664(d)(5), requiring a determination of victim's losses "not to exceed 90 days after sentencing."

c. Defendant Montalvo agrees that the judgment and commitment issued in her case will include the restitution amounts and apportionment agreed to in Attachment A.

d. Restitution as stated in Attachment A shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of restitution remains unpaid after release from custody, the United States Probation Officer assigned to Darling Arlette Montalvo shall set a schedule ordering payments depending on the defendant's monthly income, but not less than $50.00 per month, during the period of supervised release, such payments to begin 120 days after the commencement of supervision. The interest is waived.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: Sept. 2, 2015

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: Sept. 1, 2015

/s/Eric V. Kersten
ERIC V. KERSTEN
Counsel for Defendant
DARLING ARLETTE MONTALVO

DATED: Aug. 18, 2015

/s/ Darling Montalvo
DARLING MONTALVO

**O R D E R**

The Restitution Hearing as to the above named defendant currently set for September 8, 2015, is VACATED, the Writ of Habeas Corpus Ad Prosequendum (Doc. 375) is CANCELLED, and restitution will be incorporated in an amended judgment pursuant to the parties' stipulation.

IT IS SO ORDERED.

Dated:   September 3, 2015

_____
SENIOR DISTRICT JUDGE

**ATTACHMENT A**
**Restitution Amount**
Darling Arlette Montalvo

| Property | Originating Lender | Restitution- First Loan | Restitution- Second Loan | Entity to Receive Resitution | Reference |
|---|---|---|---|---|---|
| 8111 Fighting Irish Drive, Bakersfield | Long Beach Mortgage Co. | $94,011.88 | $70,811.82 | FDIC | Bates 31914, 31928 |
| | | | **Total:** | $164,823.70 | |

Restitution for 8111 Fighting Irish Drive is to be joint and several with co-defendants Eric Ray Hernandez and Evelyn Brigget Sanchez.