BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-00249 AWI BAM |
| Plaintiff, | STIPULATION TO DISMISS VIOLATION PETITION & TO HAVE DEFENDANT TRANSPORTED TO DESIGNATED BOP FACILITY; ORDER |
| v. | |
| DARLING ARLETTE MONTALVO, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant Darling Arlette Montalvo, by and through her counsel of record, hereby stipulate as follows:

1. Defendant Darling Arlette Montalvo was sentenced by the Court on April 13, 2015 to 24 months imprisonment, following her conviction after a jury trial of one count of conspiracy to commit mail, wire and bank fraud (18 U.S.C. § 1349), ten counts of mail fraud (18 U.S.C. § 1341) and one count of money laundering and aiding and abetting (18 U.S.C. §§ 1957 and 2). Defendant Montalvo was ordered to surrender for service of her sentence on or before June 1, 2015. Defendant Montalvo did not surrender for service of her sentence; she was arrested on a separate state criminal

1  charge in Washington prior to her self-surrender date in the present case.

2.  Following defendant Montalvo's arrest in Washington on state charges, on May 28, 2015 a pretrial services violation petition was filed against her in the present case and the Court issued a bench warrant for her arrest [Doc. 348].  On November 5, 2015, defendant Montalvo made her initial appearance in the Western District of Washington on the pretrial services violation petition, and she was ordered to be transported to this district.  Defendant Montalvo is currently in the custody of the U.S. Marshals.

3.  After having conferred with the Pretrial Services Office and the U.S. Marshals, the government and defendant Montalvo jointly stipulate and request that the Court order that the pretrial services violation petition filed May 28, 2015 [Doc. 348] be dismissed, and that defendant Montalvo be transported to the designated Bureau of Prisons facility to serve her sentence in this case.

IT IS SO STIPULATED.

DATED:   Dec. 3, 2015        /s/ Kirk E. Sherriff
                             KIRK E. SHERRIFF
                             HENRY Z. CARBAJAL III
                             Assistant United States Attorneys

DATED:   Dec. 3, 2015        /s/ Eric V. Kersten
                             (authorized on 12/3/15)
                             ERIC V. KERSTEN
                             Counsel for defendant
                             DARLING ARLETTE MONTALVO

**O R D E R**

IT IS ORDERED that the pretrial services violation petition filed May 28, 2015 [Doc. 348] be dismissed, and that defendant Montalvo shall remain in the care, custody and control of the United States Marshal to be transported to the designated Bureau of Prisons facility to serve her sentence in this case.

IT IS SO ORDERED.

Dated:   **December 3, 2015**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE